RICHARD CREMA v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION AND THE HISTORIC SMITHVILLE DEVELOPMENT COMPANY.

March 19, 1984.

Cross-petition for certification denied. (See 192 *N.J.Super.* 505)

IN THE MATTER OF AUDITOR TAXATION TITLE SERIES.

March 19, 1984.

Petition for certification denied.

JULES WEISS v. JOHN C. ROY.

March 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.E.P.

March 19, 1984.

Petition for certification denied.